# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2016

152659

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

LEO TONDREAU, Personal Representative of the
Estate of SANDRA PEETZ,
        Plaintiff-Appellant,

v

SC: 152659
COA: 321514
Macomb CC: 09-002913-NH

HENRY FORD MACOMB HOSPITAL, a/k/a
HENRY FORD MACOMB HOSPITAL-
CLINTON TOWNSHIP CAMPUS,
        Defendant,
and

SACHINDER S. HANS, M.D., P.C.,
SACHINDER S. HANS, M.D., LI ZHANG,
M.D., and MACOMB ANESTHESIA, P.C.,
        Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the October 8, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2016



Clerk

t0726